## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| TRAVEL NURSE ACROSS AMERICAN LLC, doing business as SimpliFi<br>PLAINTIFF | \*<br>\*<br>\*<br>\* | |
| V. | \*<br>\*<br>\* | CASE NO.  4:20CV00491 SWW |
| SIMPLIFY WORKFORCE, INC.<br>DEFENDANT | \*<br>\*<br>\*<br>\* | |

## ORDER

Before the Court is Plaintiff's notice [ECF No. 23] of voluntary dismissal without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Rule 41(a)(1)(A)(i) permits voluntary dismissal without prejudice, as a matter of right, where the notice is filed "before the opposing party serves either an answer or a motion for summary judgment."  Here, Defendant filed a motion to dismiss for lack of personal jurisdiction [ECF Nos. 17, 18], which did not terminate Plaintiff's right of voluntary dismissal, and Defendant has not filed an answer or a motion for summary judgment.

IT IS THEREFORE ORDERED that pursuant to Plaintiff's notice of dismissal [ECF No. 23], this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 6TH DAY OF AUGUST, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE